**Order entered November 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00117-CR
No. 05-19-00118-CR
No. 05-19-00119-CR

**ROBERTO DELPILAR JASSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-34267-U, F18-34272-U & F18-34273-U**

## ORDER

Before the Court is appellant's November 12, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 9, 2019**. If appellant's brief is not filed by December 9, 2019, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
        JUSTICE